LAURA E. DUFFY
United States Attorney
ALESSANDRA P. SERANO
Assistant U. S. Attorney
California State Bar No. 204796
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8104
E-mail: Alessandra.p.serano@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 14cr2542-JAH |
| Plaintiff, | NOTICE OF LIS PENDENS FOR PROPERTY LOCATED AT 4972 TIERRA BAJA WAY, SAN DIEGO, CA 92115 |
| v. | |
| MICHAEL WILLIAM LUTTS, aka mykl501@pacbell.net, | |
| Defendant. | |

**OWNER OF RECORD:**        **Michael W. Lutts, a Single Person**

PLEASE TAKE NOTICE that a criminal indictment has been returned in the United States District Court for the Southern District of California against Defendant MICHAEL WILLIAM LUTTS, which indictment also seeks the forfeiture of Defendant's title to, and interest in that real property located at 4972 Tierra Baja Way, San Diego, CA 92115, and all appurtenances affixed thereto. The real property is more particularly described as:

**ASSESSORS PARCEL NO. 466-361-07-00**

LOT 64 OF CAMPANILE TERRACE UNIT NO. 3, IN THE CITY OF SAN DIEGO ACCORDING TO THE MAP THEREOF NO. 3454, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY ON JULY 3, 1956.

//

Upon conviction, Defendant MICHAEL WILLIAM LUTTS will be ordered to forfeit to the United States the real property located at 4972 Tierra Baja Way, San Diego, CA 92115, APN 466-361-07-00, in that said property was used or intended to be used to commit or to promote the commission of a violation of Title 18, United States Code, Sections 2251(a) and 2252(a)(2), thereby subjecting it to forfeiture to the United States pursuant to Title 18, United States Code, Section 2253(a).

The owner of record of the above-described property is Michael W. Lutts.

BE ADVISED THAT upon the entry of an Order of Criminal Forfeiture in favor of the United States, all right, title and interest of MICHAEL WILLIAM LUTTS in said property shall vest in the United States back to the date of the commission of the acts giving rise to the forfeiture.

DATED:  September 8, 2014

LAURA E. DUFFY
United States Attorney

s/ Alessandra P. Serano

ALESSANDRA P. SERANO
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
E-mail: Alessandra.p.serano@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>MICHAEL WILLIAM LUTTS,<br><br>       Defendant. | Case No.  14cr2542-JAH<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that:

I, Alessandra P. Serano, am a citizen of the United States over the age of 18 years and a resident of San Diego County, CA; my business address is 880 Front Street, San Diego, CA 92101-8893; I am not a party to the above-entitled action.

I have caused service of Notice of Lis Pendens, on the following parties, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1.     Stephen E. Hoffman, attorney for Defendant Michael William Lutts; hbfandjm@aol.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  September 8, 2014

                    s/ Alessandra P. Serano

                    ALESSANDRA P. SERANO
                    Assistant United States Attorney
                    Attorney for Plaintiff
                    E-mail: Alessandra.p.serano@usdoj.gov