FILED

2014 SEP 26 AM 12:00

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

September 2013 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICHAEL WILLIAM LUTTS,<br>aka myk1501@pacbell.net,<br>Defendant. | Case No. 14CR2542-JAH<br>I N D I C T M E N T<br>(Superseding)<br>Title 18, U.S.C., Sec. 2251(a) and (e) - Sexual Exploitation of a Minor; Title 18, U.S.C., Sec. 2252(a)(2) - Distribution of Images of Minors Engaged in Sexually Explicit Conduct; Title 18, U.S.C., Sec. 2253(a) and (b) - Criminal Forfeiture |

The grand jury charges:

Count 1

On or about August 4, 2014, within the Southern District of California, defendant MICHAEL WILLIAM LUTTS, aka myk1501@pacbell.net, did employ, use, persuade, induce, entice, and coerce a minor (age 2 months) to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: IMG_0019.jpg which visual depictions were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means; in violation of Title 18, United States Code, Section 2251(a) and (e).

//

//

APS:sj:San Diego
9/19/14

Count 2

On or about August 4, 2014, within the Southern District of California, defendant MICHAEL WILLIAM LUTTS, aka mykl501@pacbell.net, did employ, use, persuade, induce, entice, and coerce a minor (age 2 months) to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: IMG_0626.jpg which visual depictions were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means; in violation of Title 18, United States Code, Section 2251(a) and (e).

Count 3

On or about August 5, 2014, within the Southern District of California, defendant MICHAEL WILLIAM LUTTS, aka mykl501@pacbell.net, did employ, use, persuade, induce, entice, and coerce a minor (age 2 months) to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: IMG_0025.jpg which visual depictions were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means; in violation of Title 18, United States Code, Section 2251(a) and (e).

Count 4

On or about August 5, 2014, within the Southern District of California, defendant MICHAEL WILLIAM LUTTS, aka mykl501@pacbell.net, did employ, use, persuade, induce, entice, and coerce a minor (age 2 months) to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: IMG_0624.mov which visual depictions were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce

by any means; in violation of Title 18, United States Code, Section 2251(a) and (e).

Count 5

On or about August 5, 2014, within the Southern District of California, defendant MICHAEL WILLIAM LUTTS, aka myk1501@pacbell.net, did employ, use, persuade, induce, entice, and coerce a minor (age 2 months) to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: MOV_8082.mov which visual depictions were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means; in violation of Title 18, United States Code, Section 2251(a) and (e).

Count 6

On or about August 6, 2014, within the Southern District of California, defendant MICHAEL WILLIAM LUTTS, aka myk1501@pacbell.net, did employ, use, persuade, induce, entice, and coerce a minor (age 2 months) to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: IMG_0047.jpg which visual depictions were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means; in violation of Title 18, United States Code, Section 2251(a) and (e).

Count 7

On or about August 6, 2014, within the Southern District of California, defendant MICHAEL WILLIAM LUTTS, aka myk1501@pacbell.net, did employ, use, persuade, induce, entice, and coerce a minor (age 2 months) to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: IMG_0052.jpg

which visual depictions were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means; in violation of Title 18, United States Code, Section 2251(a) and (e).

Count 8

On or about August 6, 2014, within the Southern District of California, defendant MICHAEL WILLIAM LUTTS, aka myk1501@pacbell.net, did employ, use, persuade, induce, entice, and coerce a minor (age 2 months) to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: IMG_0667.jpg which visual depictions were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means; in violation of Title 18, United States Code, Section 2251(a) and (e).

Count 9

On or about August 9, 2014, within the Southern District of California, defendant MICHAEL WILLIAM LUTTS, aka myk1501@pacbell.net, did employ, use, persuade, induce, entice, and coerce a minor (age 2 months) to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: IMG_0637.mov which visual depictions were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means; in violation of Title 18, United States Code, Section 2251(a) and (e).

//

//

//

//

Count 10

On or about August 10, 2014, within the Southern District of California, defendant MICHAEL WILLIAM LUTTS, aka myk1501@pacbell.net, did employ, use, persuade, induce, entice, and coerce a minor (age 2 months) to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: IMG_0688.mov which visual depictions were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means; in violation of Title 18, United States Code, Section 2251(a) and (e).

Count 11

On or about August 10, 2014, within the Southern District of California, defendant MICHAEL WILLIAM LUTTS, aka myk1501@pacbell.net, did employ, use, persuade, induce, entice, and coerce a minor (age 2 months) to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: IMG_0689.mov which visual depictions were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means; in violation of Title 18, United States Code, Section 2251(a) and (e).

Count 12

On or about August 11, 2014, within the Southern District of California, defendant MICHAEL WILLIAM LUTTS, aka myk1501@pacbell.net, did employ, use, persuade, induce, entice, and coerce a minor (age 2 months) to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: IMG_0698.jpg which visual depictions were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce

by any means; in violation of Title 18, United States Code, Section 2251(a) and (e).

Count 13

On or about August 11, 2014, within the Southern District of California, defendant MICHAEL WILLIAM LUTTS, aka myk1501@pacbell.net, did employ, use, persuade, induce, entice, and coerce a minor (age 2 months) to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: IMG_0080.jpg which visual depictions were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means; in violation of Title 18, United States Code, Section 2251(a) and (e).

Count 14

On or about August 14, 2014, within the Southern District of California, defendant MICHAEL WILLIAM LUTTS, aka myk1501@pacbell.net, did employ, use, persuade, induce, entice, and coerce a minor (age 2 months) to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: IMG_0705.mov which visual depictions were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means; in violation of Title 18, United States Code, Section 2251(a) and (e).

Count 15

On or about August 22, 2014, within the Southern District of California, defendant MICHAEL WILLIAM LUTTS, aka myk1501@pacbell.net, did employ, use, persuade, induce, entice, and coerce a minor (age 2 months) to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: IMG_0767.mov

which visual depictions were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means; in violation of Title 18, United States Code, Section 2251(a) and (e).

Count 16

On or about December 4, 2013, within the Southern District of California, defendant MICHAEL WILLIAM LUTTS, aka myk1501@pacbell.net, did knowingly distribute visual depictions, that is digital and computer images using any means and facility of interstate and foreign commerce and that has been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contains materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depiction was of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

Count 17

On or about July 24, 2014, within the Southern District of California, defendant MICHAEL WILLIAM LUTTS, aka myk1501@pacbell.net, did employ, use, persuade, induce, entice, and coerce a minor (female child, approx. age 11 months) to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: IMG_0476(2).jpg which visual depictions were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means; in violation of Title 18, United States Code, Section 2251(a) and (e).

Count 18

On or about July 24, 2014, within the Southern District of California, defendant MICHAEL WILLIAM LUTTS, aka myk1501@pacbell.net, did employ, use, persuade, induce, entice, and coerce a minor (female child, approx. age 11 months) to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: IMG_0477.jpg which visual depictions were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means; in violation of Title 18, United States Code, Section 2251(a) and (e).

FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 through 18 of this Superseding Indictment are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 2253(a).

2. Upon conviction of one or more of the offenses alleged in Counts 1 through 18, which involve violations of Title 18, United States Code, Sections 2251(a) and 2252(a)(2), defendant MICHAEL WILLIAM LUTTS, aka myk1501@pacbell.net, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a) all right, title and interest in:

a. any visual depictions described in sections 2251 and 2252, and any matter which contains any such visual depictions;

b. any property, real or personal, constituting or traceable to gross profits of the offense;

i. The property located at 4972 Tierra Baja Way, San Diego, California 92115, Assessor's Parcel Number: 466-361-07-00,

legally described as LOT 64 OF CAMPANILE TERRACE UNIT NO. 3, IN THE CITY OF SAN DIEGO ACCORDING TO THE MAP THEREOF NO. 3454, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY ON JULY 3, 1956, and

c. any property, real or personal, used or intended to be used to commit or to promote the commission of said offense, including but not limited to the following personal property:

i. Any and all images of child pornography, as defined in Title 18, United States Code, Section 2256;

ii. The property located at 4972 Tierra Baja Way, San Diego, California 92115, Assessor's Parcel Number: 466-361-07-00, legally described as LOT 64 OF CAMPANILE TERRACE UNIT NO. 3, IN THE CITY OF SAN DIEGO ACCORDING TO THE MAP THEREOF NO. 3454, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY ON JULY 3, 1956, and

iii. Electronic equipment and peripherals, computer(s) and telephones.

3. If any of the forfeitable property described above in Paragraph 2, as a result of any act or omission of the defendant,

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

//

//

//

//

//

//

e. has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(o), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above in Paragraph 2.

All pursuant to Title 18, United States Code, Section 2253(a) and (b).

DATED: September 26, 2014.

A TRUE BILL:

Foreperson

LAURA E. DUFFY
United States Attorney

By:
ALESSANDRA P. SERANO
Assistant U.S. Attorney