Laura E. Duffy
United States Attorney
Alessandra P. Serano
Assistant U.S. Attorney
Cal. State Bar No. 204796
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-8104
Alessandra.p.serano@usdoj.gov

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 14CR2542-JAH |
| Plaintiff, | Date: December 15, 2014 |
| vs. | Time: 10:30 a.m. |
| MICHAEL LUTTS, | GOVERNMENT'S RESPONSE AND |
| Defendant. | OPPOSITION TO DEFENDANT'S MOTION TO: |
| | (1) Compel Discovery/Preserve Evidence |

COMES NOW, the plaintiff, UNITED STATES OF AMERICA, by and through its counsel Laura E. Duffy, United States Attorney, and Alessandra P. Serano, Assistant U.S. Attorney, and hereby files its Response and Opposition to the motions filed on behalf of defendant which is based upon the files and records of this case.

//

//

//

//

//

**I**

**POINTS AND AUTHORITIES**

**A.     The Motion to Compel Discovery Should Be Denied**

The Government intends to fully comply with its discovery obligations under <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), the Jencks Act (18 U.S.C. § 3500), and Rule 16 of the Federal Rules of Criminal Procedure.  The Government anticipates that most discovery issues can be resolved amicably and informally, and requests that the Court not grant the motion unless there is a dispute or issue regarding discovery.

DATED:     October 22, 2014                    Respectfully submitted,

                                               LAURA E. DUFFY
                                               United States Attorney


                                                s/Alessandra P. Serano
                                               ALESSANDRA P. SERANO
                                               Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 14CR2542-JAH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| Michael Lutts, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, ALESSANDRA P. SERANO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of United States' Response and Opposition to Defendant's Motions by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 22, 2014

s/Alessandra P. Serano
ALESSANDRA P. SERANO