# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>Michael William Lutts,<br><br>　　　　　　　　　Defendant. | Criminal Case No. 14-cr-02542-JAH-1<br><br>ORDER |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to count 1, 16 and 17 of the superseding information.

DATED: February 24, 2015

_____
JOHN A. HOUSTON
United States District Judge