1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL WILLIAM LUTTS,<br>   aka mykl501@pacbell.net,<br><br>Defendant. | Case No.  14cr2542-JAH<br><br>PRELIMINARY ORDER OF CRIMINAL FORFEITURE |

WHEREAS, in the Superseding Indictment in the above-captioned case, the United States sought forfeiture of all right, title and interest in specific properties of the above-named Defendant, MICHAEL WILLIAM LUTTS ("Defendant"), pursuant to Title 18, United States Code, Sections 2253 and 2254 as properties involved in the commission of the violation of Title 18, United States Code, Sections 2251(a) and 2252(a)(2), as charged in the Superseding Indictment; and

WHEREAS, on or about January 29, 2015, Defendant pled guilty before Magistrate Judge Jill L. Burkhardt to Counts 1, 16 and 17 of the Superseding Indictment, which plea included consents to the forfeiture allegations of the Indictment, including forfeiture of the following:

   (1)   Computer images and printed images determined by law enforcement to depict minors engaging in sexually explicit conduct;

  (2) The items, equipment, computers, disks, and media seized by law enforcement during the investigation of the offenses to which the Defendant is pleading guilty; and

  (3) That real property located at 4972 Tierra Baja Way, San Diego, California 92115, legally described as:

**ASSESSORS PARCEL NO. 466-361-07-00**

LOT 64 OF CAMPANILE TERRACE UNIT NO. 3, IN THE CITY OF SAN DIEGO ACCORDING TO THE MAP THEREOF NO. 3454, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY ON JULY 3, 1956; and

  WHEREAS, on February 24, 2015, this Court accepted the guilty plea of Defendant; and

  WHEREAS, by virtue of the facts set forth in the plea agreement, the United States has established the requisite nexus between the forfeited properties and the offense; and

  WHEREAS, by virtue of said guilty plea, the United States is now entitled to possession of the above-referenced properties and to sell the real property forthwith, pursuant to 18 U.S.C. § 2253(a) and (b), 21 U.S.C. § 853 and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

  WHEREAS, pursuant to Rule 32.2(b), the United States having requested the authority to take custody and control of the above-referenced properties which were found forfeitable by the Court and to sell the real property forthwith on an expedited basis based upon the Defendant's default on the payments secured by a deed of trust in favor of a third party; and

  WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

  Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

  1. Based upon the guilty plea of the Defendant, the United States is hereby authorized to take custody or control of the following assets, and all right, title and interest of Defendant MICHAEL WILLIAM LUTTS in the following properties are

hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n):

    (1)    Computer images and printed images determined by law enforcement to depict minors engaging in sexually explicit conduct;

    (2)    The items, equipment, computers, disks, and media seized by law enforcement during the investigation of the offenses to which the Defendant is pleading guilty;

    (3)    Real property located at 4972 Tierra Baja Way, San Diego, California 92115, legally described as Assessor's Parcel Number: 466-361-07-00, legally described as LOT 64 OF CAMPANILE TERRACE UNIT NO. 3, IN THE CITY OF SAN DIEGO ACCORDING TO THE MAP THEREOF NO. 3454, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY ON JULY 3, 1956.

2.    The aforementioned assets in item (1) are in the custody of the Federal Bureau of Investigation and will be disposed of according to law.  The assets in item (2) are to be held by the United States Marshals Service ("USMS") in its secure custody and control pending ancillary proceedings as described in paragraphs 4-8 below.

3.    As to the real property described above, the real property located at 4972 Tierra Baja Way, San Diego, California 92115, legally described as:

**ASSESSORS PARCEL NO. 466-361-07-00**

LOT 64 OF CAMPANILE TERRACE UNIT NO. 3, IN THE CITY OF SAN DIEGO ACCORDING TO THE MAP THEREOF NO. 3454, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY ON JULY 3, 1956 ("the real property"),

the ***USMS is authorized and directed to take immediate custody and control of the real property, and sell it forthwith on an expedited basis***, based upon the default by the Defendant on payments on the promissory note secured by a deed of trust in favor of a third party.  The USMS shall take immediate action to conduct a sale of the real property with the net proceeds of sale, after payment of costs of sale and payment of any valid prior liens, forfeited to the United States at the conclusion of any ancillary proceedings.  The Defendant is ordered and directed to cause the immediate vacating

of the real property, if it is currently occupied, upon the signing of this order. Defendant is further directed to provide the keys, all access codes and any records relating to the forfeited real property directly to the USMS. The USMS is further authorized to remove any tenant or third party and to take all other actions to protect and preserve the property pending sale.

4.   Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized to begin proceedings consistent with any statutory requirements pertaining to ancillary hearings and rights of third parties.

5.   Pursuant to the Attorney General's authority under Section 853(n)(1) of Title 21, United States Code, Rule 32.2(b)(6), Fed. R. Crim. P., and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States forthwith shall publish for thirty (30) consecutive days on the Government's forfeiture website, www.forfeiture.gov, notice of this Order, notice of the United States' intent to dispose of the above-referenced properties in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in the forfeited properties must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6.   This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

7.   The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties that are the subject of the Preliminary Order of Criminal Forfeiture, as a substitute for published notice as to those persons so notified.

//

8. Upon adjudication of all third-party interests, this Court will enter an Amended Order of Forfeiture pursuant to 21 U.S.C. § 853(n) as to the aforementioned assets, in which all interests will be addressed.

9. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

DATED: February 25, 2015

JOHN A. HOUSTON
United States District Judge