FILED
Nov 30 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ danielles DEPUTY

NUNC PRO TUNC
11/24/2015

TO: The Honorable John A. Houston
U.S. District Judge
Southern California District of SD

Re: Case Number: 3:14 CR02542-001-JAH.

From: Michael W. Lutts
Western Region Detention Facility
202 West C. Street
San Diego, CA 92101

Additional Information:
My attorney asked me to write a letter to the court and this is my letter.

Thank you,

Michael W. Lutts

1

Your Honor,

I would like to start the first part of my letter saying how truly sorry I am to my friends, family and coworkers, but most of all to those I have hurt.

My actions were unacceptable and shameful and I don't expect to be forgiven for the things that I've done.

I have lost so much, but caused others to lose even more. I see how blind I was and I never ever meant to hurt anyone. I am deeply ashamed and I utterly despise myself. I wish I could take everything back and it would magically fix itself, but the reality is, It's not going to happen and I have to take responsibily for what I've done.

Being incarcerated for 16 months and on proper medications help me see my actions from a different perspective, as if I were looking through a window at a hideous version of myself falling further and further into a dark pit.

I am going to strive with all my might to continue pulling myself from that pit, making myself a better and more respectable person and succeed succeed in life.

Once in the Federal system I anticipate extensive counselling, vocational, and educational opportunities.

Upon my eventul release, I intend to find a stable job and a place to live, abiding to All my probational requirements.

And again I am truly sorry and sincerely remorseful for everything I have done.

I am fully prepared to accept my just punishment and take responsibility for my actions.

For the second part of my letter I want to say the conduct in the charges that I have admitted guilt on should shock the conscious of any civilized society. Such actions undermind the moral structure that binds us together.

I, as do others see me as a healer and not a harmer. I am a good, moral, and compassionate person. In 2004 I was RN of the year for "Caring and Compassion." In 2010, my miniture Dachshund was paralyzed due to his elongated back and years of jumping off furniture and climbing steps. I spend over $5000.00 for surgery and invested months of rehabilitation (that I did alone) to help my dog walk and run again.

So what could have happened to bring me to this point?

During the last 16 months at GEO I was diagnosed with Bipolar manic depression (with severe depression) and chemically induced schizophrenia. This type of schizophrenia is associated with marked anxiety, disconnection of reality, antisocial behavior and auditory hallucinations. The depersonalization and psychotic state would interfere with the ability to conform one's conduct to the law,

therefor I believe I committed a crime in the throes of a complete mental breakdown.

In addition to my new diagnosis, I was prescribed 4 medications to help control psychotic behaviors.

In my rational mind, I knew right from wrong, but in my psychotic mind I did not know this. Don't get me wrong, I'm not saying I didn't know what I was doing, I just saying had it not been for my weaken mental status, I would have never done the things for which I am convicted.

One of the major problems with mental illness, is that the new reality slowly takes over the mind like a cancer. It is so insideous, one is not aware it is happening. The only thing standing between me and prison was proper medication, medication I did not get.

Michael Lutts
48103298
WRDF
802 W.C. Street
SDCA 92101

ATT: Honorable
John A. Houston

Clerk of the Court;
U.S. District Court
Southern, CA District
880 Front Street #4290
San Diego, CA 92101

SAN DIEGO CA 920
23 NOV 2015 PM 3 L

FOREVER USA


